VIRGINIA TYLER HUDSON, Respondent, v. WORLD FILM CORPORATION, Appellant.— Determination modified as directed in order and, as so modified, affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Clarke, P. J., dissented and voted for reversal.

THOMAS REEDY, an Infant, by THOMAS REEDY, His Guardian ad Litem, Respondent, v. CONSOLIDATED GAS COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JACOB MENDLOWITCH, Respondent, v. JOHN P. CARROLL, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Laughlin, J., dissented.

LOUIS HUGOT, Appellant, v. JOHN PURROY MITCHEL, as Mayor of the City of New York and Others, Impleaded with JAMES E. GAFFNEY and Others, Partners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ANNIE PRALL FAHNESTOCK, Appellant, v. FRANCES HODGSON TOWNSEND, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MICHAEL POLLY and Another, Copartners, etc., Respondents, v. HARRY ARONY and Another, Trading under the Firm Name, etc., Appellants.— Determination modified as directed in order and, as so modified, affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

REUBEN RESNICK, an Infant, by HARRIS RESNICK, His Guardian ad Litem, Respondent, v. ALEXANDER BIENSTOCK and Another, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK O'NEIL, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Laughlin, J., dissented.

ANNA M. K. WALTER, Respondent, v. MORITZ WALTER and Another, Personally and as Committee, etc., Defendants, and EDWIN J. WALTER, Personally and as Committee, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.; Laughlin, J., dissented.